The People of the State of Illinois, defendant in error, v. Arthur Jacques, plaintiff in error. Gen. No. 7,911.

Opinion filed June 27, 1928.

Schriver & Schriver, for plaintiff in error. Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

The People of the State of Illinois ex rel. Mable Shaffer, appellee, v. John Doubet, appellant. Gen. No. 7,863.

Opinion filed June 27, 1928.

R. L. Stuart and Alvah S. Green, for appellant. R. C. Rice and S. M. Meadows, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Harry Zelden, plaintiff in error, v. Commercial Union Assurance Company, defendant in error. Gen. No. 7,894.

Harry Zelden, plaintiff in error, v. North British & Mercantile Insurance Company, defendant in error. Gen. No. 7,895.

Opinion filed July 12, 1928.

Frederick Mains and Irving G. Soffran, for plaintiffs in error. John E. Cassidy, for defendants in error.

Mr. Justice Boggs delivered the opinion of the court.

T. C. Smith, appellee, v. Fred Duckett, appellant. Gen. No. 7,926.

Opinion filed July 12, 1928.

Clyde H. Thompson and Miller & Streeter, for appellant. Adsit, Thompson & Herr, for appellee.

Mr. Justice Boggs delivered the opinion of the court.